IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RACHELLE ISABEL SCOTT, Individually and as Personal Representative of the Estate of MARK SCOTT, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL MOTORS SERVICES, INC., a foreign corporation; CONTINENTAL AEROSPACE TECHNOLOGIES, INC., a foreign corporation; and TELEDYNE CONTINENTAL MOTORS, INC., a foreign corporation, <br><br> Defendants. | CASE NO.: 1:22-cv-00191-WS-MU |

## DISCLOSURE STATEMENT

Comes now Continental Aerospace Technologies, Inc. ("Continental"),[1] a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of S.D. Ala. CivLR 7.1:

_____    This party is an individual, or

_____    This party is a governmental entity, or

_____    There are no entities to be reported, or

---

[1] Teledyne Continental Motors, Inc. changed its name to Continental Motors, Inc. in 2011. Continental Motors Services, Inc. was merged into Continental Motors, Inc. in August 2018. Continental Motors, Inc. changed its name to Continental Aerospace Technologies, Inc. in January 2020. As such, Continental Aerospace Technologies, Inc. is the only remaining entity of the three Defendants named by Plaintiff.

__X__    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Continental Aerospace Technologies Limited | Continental is a wholly owned subsidiary of Continental Aerospace Technologies Limited. |
| Continental Aerospace Technologies Holding Limited | Continental Aerospace Technologies Limited is a wholly owned subsidiary of Continental Aerospace Technologies Holding Limited, a Bermuda corporation that is publicly traded on the Hong Kong Stock Exchange. |
| AVIC International Holding Company | A majority of the shares of Continental Aerospace Technologies Holding Limited are owned by AVIC International Holding Corporation, a state-owned enterprise of the People's Republic of China. |

Dated: June 1, 2022        Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:(251) 405-1300
Facsimile: (251) 432-6843

By:    *s/ Timothy A. Heisterhagen*
         Sherri Rich Ginger (GING9300)
         srg@ajlaw.com
         Timothy A. Heisterhagen (HEIST0290)
         tah@ajlaw.com

*Attorneys for Defendant Continental Aerospace Technologies, Inc.*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, June 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joe R. Whatley, Jr., Esq.
W. Tucker Brown, Esq.
Whatley Kallas, LLP
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

                                              *s/ Timothy A. Heisterhagen*
                                              Timothy A. Heisterhagen